Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Ahmed Farooq Sakhe
Debtor

Case No.: 15–32238–RG
Chapter 7

Farooq Sakhe
Plaintiff

v.

North Park Realty Management LLC
Defendant

Adv. Proc. No. 16–01576–RG              Judge: Rosemary Gambardella

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on June 1, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 106 – 103
Order Pursuant To Plaintiff's Motion For Disposition Of The Amended Adversary Complaint (related document:103 Motion re: for Disposition of the Amended Adversary Complaint per Plaintiff's Proposed Findings of Facts and Conclusions of Law, or alternatively, through the May 23, 2019 Order pursuant to Fed. R. Bankr. P. 7037(A) and 11 U.S.C. section 105(A), by Striking Defendants' Answers to the Complaint and Entering Judgment Against Defendants in the Amount Established by the Trustee at Trial Filed by Eric R. Perkins.) filed by Plaintiff Eric R. Perkins)..  Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/1/2020 (car)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 1, 2020
JAN: car

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

Sakhe,
    Plaintiff

Adv. Proc. No. 16-01576-RG

North Park Realty Management LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 01, 2020
                Form ID: orderntc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
```
aty            +McElroy, Deutsch, Mulvaney & Carpenter, LLP,    1300 Mt. Kemble Avenue,
                 Morristown, NJ 07960-8000
md             +Anthony Sodono, III,    Trenk, DiPasquale, Webster etal,    347 Mt. Pleasant Ave.,    Ste. 300,
                 West Orange, NJ 07052-2730
dft            +Michael Kohansieh,    48 West 48th Street,    Suite 305,    New York, NY 10036-1703
dft            +Sion Noble,    7324 Sepulveda Blvd., Suite B,    Van Nuys, CA 91405-1751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
pla            Farooq Sakhe
cd             Farooq Sakhe
```
                                                    TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:
```
          Anthony Sodono, III    on behalf of Mediator Anthony  Sodono, III asodono@msbnj.com
          Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP
           gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal,
           mambrose@becker.legal;jalexkress@gmail.com
          John Phillip Schneider    on behalf of Plaintiff Eric R. Perkins JPSchneider@mdmc-law.com
          Joseph C. Lane    on behalf of Defendant Michael  Khakshoor attyjclane@aol.com
          Joseph C. Lane    on behalf of Counter-Claimant Michael  Khakshoor attyjclane@aol.com
          Joseph C. Lane    on behalf of Defendant Sion  Noble attyjclane@aol.com
          Joseph C. Lane    on behalf of Defendant Yousef  Khakshoor attyjclane@aol.com
          Joseph C. Lane    on behalf of Defendant Mehran  Kohansieh attyjclane@aol.com
          Joseph C. Lane    on behalf of Defendant    North Park Realty Management LLC attyjclane@aol.com
          Joseph C. Lane    on behalf of Counter-Claimant Mehran  Kohansieh attyjclane@aol.com
          Joseph C. Lane    on behalf of Defendant Michael  Kohansieh attyjclane@aol.com
          Robert D. Towey    on behalf of Plaintiff Eric R. Perkins rtowey@becker.legal
          Thomas A. Farinella    on behalf of Defendant Sion  Noble thomas@lawtaf.com
          Thomas A. Farinella    on behalf of Defendant Michael  Kohansieh thomas@lawtaf.com
          Thomas A. Farinella    on behalf of Defendant Mehran  Kohansieh thomas@lawtaf.com
          Thomas A. Farinella    on behalf of Defendant Michael  Khakshoor thomas@lawtaf.com
                                                                                        TOTAL: 17
```